**John A. Bennett**, OSB #750407
E-mail:   john.bennett@bullivant.com
**Stuart D. Jones**, OSB #842568
E-mail:   stuart.jones@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204
Telephone: 503.228.6351

**Antonia B. Ianniello (admitted** *pro hac vice***)**
E-mail:   aianniello@steptoe.com
**Sara R. Faber (admitted** *pro hac vice***)**
E-mail:   sfaber@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036
Telephone: 202.429.8087

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SERO, INC. dba Beast, an Oregon corporation, on behalf of itself and all others similarly situated,<br><br>                        Plaintiff,<br><br>     v.<br><br>BERKLEY NORTH PACIFIC GROUP, LLC, et al.,<br><br>                        Defendants. | Civil No.: 3:20-cv-00776-YY<br><br>**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**Page 1**

In the interest of resolving the disputes between the parties concerning the Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(1) and (2) filed by Defendants Berkley North Pacific Group, LLC, Berkley Insurance Company, and W.R. Berkley Corporation, and pursuant to the stipulations set forth below and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii):

1.  Plaintiff Sero, Inc. agrees to dismiss Berkley North Pacific Group LLC, Berkley Insurance Company, and W.R. Berkley Corporation (the "Non-Contracting Parties") without prejudice from the above-captioned lawsuit; and

2.  The Non-Contracting Parties have agreed to toll any statute of limitations concerning claims against the Non-Contracting Parties arising out of the denial of coverage of Plaintiff Sero, Inc.'s claims for one year from the date of dismissal of the Non-Contracting Parties without prejudice.

IT IS SO STIPULATED:

DATED: September 3, 2020

| BULLIVANT HOUSER BAILEY PC | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| *s/John A. Bennett* | *s/Jacob H. Polin* |
| John A. Bennett, OSB #750407<br>Stuart D. Jones, OSB #842568 | Robert J. Nelson (admitted *pro hac vice*)<br>Fabrice N. Vincent (admitted *pro hac vice*)<br>Jacob H. Polin (admitted *pro hac vice*) |
| STEPTOE & JOHNSON LLP<br>Antonia B. Ianniello (admitted *pro hac vice*)<br>Sara R. Faber (admitted *pro hac vice*) | STOLL STOLL BERNE LOKTING & SHLACHTER P.C.<br>Steven C. Berman, OSB No. 951769 |
| *Attorneys for Defendants Berkley North Pacific Group, LLC, Berkley Insurance Company, W. R. Berkley Corporation, and Continental Western Insurance Company* | LAW OFFICE OF ALEXANDRA L. FOOTE, P.C.<br>Alexandra L. Foote (admitted *pro hac vice*)<br><br>*Attorneys for Plaintiff Sero, Inc.* |

Bullivant|Houser|Bailey PC

One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE**
**Page 2**