# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **SERO, INC.** dba Beast, an Oregon corporation, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>**CONTINENTAL WESTERN INSURANCE COMPANY,** an Iowa Corporation**, *et al*.**,<br><br>        Defendants. | Case No. 3:20-cv-776-YY<br><br>**JUDGMENT** |

Based on this Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED with prejudice.

DATED this 26th day of April, 2022.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

PAGE 1 – JUDGMENT